IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                                                    Case №.: **3:09-cv-961-J-34JRK**

**FRED J. CHAMBERS, et al,**

    Defendants
_____/

## DEFENDANT'S AMENDED MOTION FOR SUBSTITUTION OF PARTY

The undersigned counsel moves, pursuant to Rules 25(a)(1) of the Federal Rules of Civil Procedure, to substitute for Defendant Fred J. Chambers, James P. Chambers and Janette Mathers, as Co-Personal Representatives of the Estate of Fred J. Chambers, and would show:

1.     The undersigned counsel filed a Suggestion of Death of Defendant, FRED J. CHAMBERS, JR., on January 17, 2013 (Dkt. No. 82).

2.     James P. Chambers and Janette Mathers were appointed Co-Personal Representatives for the Estate of Fred J. Chambers by an Order entered August 1, 2013 in the Circuit Court for Duval County, Florida, a copy of which is attached as **Exhibit "A."** A copy of the Letters of Administration is attached hereto as **Exhibit "B."**

3.     James P. Chambers and Janette Mathers both consent to being substituted as parties in their representative capacities as Co-Personal Representatives of the Estate of Fred J. Chambers.

4.     Johnson and Johnson, P.A., also represents the Estate of Fred J. Chambers and Co-Personal Representatives James P. Chambers and Janette Mathers in the state probate proceeding styled "Estate of Fred J. Chambers, Probate Case No.: 16-2013-CP-000839.

## MEMORANDUM OF LAW

A party may be substituted by the Decedent's successor or representative through a motion pursuant to Federal Rule of Civil Procedure 25(a)(1). Fred J. Chambers died on January 7, 2013, and the claim has not been extinguished. As James P. Chambers and Janette Mathers were appointed Co-Personal Representatives of the Estate of Fred J. Chambers, they are now the proper parties for substitution of Defendant Fred J. Chambers. Both James P. Chambers and Janette Chambers consent to this substitution.

## RULE 3.01(g) CERTIFICATION

The undersigned counsel for Defendant, Fred J. Chambers, pursuant to Local Rule 3.01(g), consulted opposing counsel, Benjamin Tompkins, Trial Attorney for Plaintiff, United States of America, regarding the foregoing Amended Motion to Substitute Parties on October 10, 2013 regarding the foregoing Motion, and he advises that the United States does not oppose the Motion.

WHEREFORE, the undersigned prays that this Court grants the Defendant's Motion to Substitute James P. Chambers and Janette Mathers, Co-Personal Representatives of the Estate of Fred J. Chambers as Defendants in this action.

Dated this 14th day of October, 2013.

                                    **JOHNSON AND JOHNSON, P.A.**

                                    By:   /s/ Keith H. Johnson
                                    **KEITH H. JOHNSON**, Esquire
                                    8810 Goodby's Executive Drive, Suite A
                                    Jacksonville, Florida 32217
                                    Tel.: (904) 737-5930
                                    Fax: (904) 737-5966
                                    E-Mail: keith-j@comcast.net
                                    Florida Bar №.: 342939
                                    Attorney for Estate of Fred J. Chambers

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic transmission, CM/ECF, to:

>Benjamin L. Tompkins, Esquire
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 14198
>Ben Franklin Station
>Washington, D.C. 20044

and/or U.S. Mail to:

>James P. Chambers, Individually and as Co-Defendant
>4817 Deermoss Way South
>Jacksonville, Florida 32217
>
>James P. Chambers, as Co-Personal Representative
>4817 Deermoss Way South
>Jacksonville, Florida 32217
>
>Janette Mathers, as Co-Personal Representative
>8331 Vaulted Pine Drive
>Humble, Texas 77346
>
>Janette Mathers, Individually and as former Co-Defendant
>8331 Vaulted Pine Drive
>Humble, Texas 77346

this 14th day of October, 2013.

>/s/ Keith H. Johnson
>**KEITH H. JOHNSON**, Esquire

# EXHIBIT "A"

IN THE CIRCUIT COURT FOR DUVAL COUNTY, FLORIDA

IN RE: ESTATE OF

FRED J. CHAMBERS

Deceased.

File No.: 16-2013-CP-000839-XXXX-MA

Division: Probate

### ORDER ADMITTING WILL TO PROBATE AND APPOINTING PERSONAL REPRESENTATIVES

The instrument presented to this Court as the last will of Fred J. Chambers, deceased, having been executed in conformity with law, and made self-proved by the acknowledgment of the Decedent and the affidavits of the witnesses, each made before an officer authorized to administer oaths and evidenced by the Officer's certificate attached to or following the will in the form required by law, and no objection having been made to its probate, and the Court finding that the Decedent died on January 7, 2013, and that James Patrick Chambers and Janette Mathers are entitled and qualified to be personal representatives, it is

ADJUDGED that the will dated October 19, 1994, and attested by Sharon K. Baker and Rosemary Hager as subscribing and attesting witnesses, is admitted to probate according to law as the last will of the Decedent, and it is further

ADJUDGED that James Patrick Chambers and Janette Mathers are appointed personal representative of the estate of the Decedent, and that upon taking the prescribed oath, filing designation and acceptance of resident agent, with bond being waived, letters of administration shall be issued.

ORDERED on this ___ day of _____ 2013.

_____
PETER L. DEARING
Circuit Judge

Copies to:

Adam L. Heiden, Esquire
Johnson and Johnson, P.A.
8810 Goodby's Executive Drive, Suite A
Jacksonville, Florida 32217

James P. Chambers
4817 Deermoss Way South
Jacksonville, Florida 32217

Janette Mathers
8331 Vaulted Pine Drive
Humble, Texas 77346

STATE OF FLORIDA
DUVAL COUNTY
I, UNDERSIGNED Clerk of the Circuit & County Courts, Duval County, Florida, DO HEREBY CERTIFY the within and foregoing, consisting of ___ pages, is a true and correct copy of the original as it appears on record and file in the office of the Clerk of Circuit & County Courts of Duval County, Florida.
WITNESS my hand and seal of Clerk of Circuit & County Courts at Jacksonville, Florida, this the __ day of _____ A.D., 20 __.
RONNIE FUSSELL
Clerk, Circuit and County Courts
Duval County, Florida
By_____
Deputy Clerk

# EXHIBIT "B"

Doc # 2013206070, OR BK 16485 Page 2400, Number Pages: 2, Recorded 08/08/2013
11:40 AM, Ronnie Fussell CLERK CIRCUIT COURT DUVAL COUNTY RECORDING $0.00

Case 3:09-cv-00961-MMH-JK   Document 91   Filed 10/14/13   Page 7 of 8 PageID 929

IN THE CIRCUIT COURT FOR DUVAL COUNTY, FLORIDA

IN RE: ESTATE OF

FRED J. CHAMBERS,

    Deceased

File No.: 2013-CP-000839

Division: PR-A

## LETTERS OF ADMINISTRATION

**TO ALL WHOM IT MAY CONCERN:**

**WHEREAS**, Fred J. Chambers, a resident of 7815 Fawn Brook Circle East, Jacksonville, Florida 32256, died on January 7, 2013, owning assets in the State of Florida, and

**WHEREAS**, James Patrick Chambers and Janette Mathers have been appointed Personal Representatives of the Estate of the Decedent, and have performed all acts prerequisite to issuance of Letters of Administration in the Estate,

**NOW, THEREFORE,** I, the undersigned Circuit Judge, declare **JAMES PATRICK CHAMBERS** and **JANETTE MATHERS** duly qualified under the laws of the State of Florida to act as Personal Representatives of the Estate of Fred J. Chambers, deceased, with full power to administer the Estate according to law; to ask, demand, sue for, recover and receive the property of the Decedent; to pay the debts of the Decedent as far as the assets of the Estate will permit and the law directs; and to make distribution of the Estate according to law.

**ORDERED** on this __1__ day of _August_, 2013.

_____
PETER L. DEARING
Circuit Judge

Copies furnished to:

**James Patrick Chambers,** Personal Representative
Estate of Fred J. Chambers
4817 Deermoss Way South Road
Jacksonville, Florida 32217

**Janette Mathers,** Co-Personal Representative
Estate of Fred J. Chambers
8331 Vaulted Pine Drive
Humble, Texas 77346

**Adam L. Heiden,** Esquire
Attorney for Estate of Fred J. Chambers
Johnson and Johnson, P.A.
8810 Goodbys Executive Drive
Suite A
Jacksonville, Florida 32217

STATE OF FLORIDA
DUVAL COUNTY

I, THE UNDERSIGNED Clerk of the Circuit Court, Duval County, Florida, DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on record and file in the office of the Clerk of Circuit of Duval County, Florida, and the same is in full force and effect

WITNESS my hand and seal of the Clerk of Circuit Court at Jacksonville, Florida, this the ___ day of _____ A.D., 20___.

RONNIE FUSSELL
Clerk, Circuit and County Courts
Duval County, Florida

By_____
Deputy Clerk