IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                    CASE NO. 3:09-cv-00961-MMH-JRK

FRED J. CHAMBERS, et al,

    Defendants

_____/

## AMENDED SUGGESTION OF DEATH

The undersigned counsel suggests the death of Defendant, FRED J. CHAMBERS, JR., that occurred on January 7, 2013.

JOHNSON and JOHNSON, P.A.

By:   /s/ Keith H. Johnson
KEITH H. JOHNSON, Esquire
8810 Goodby's Executive Drive, Suite A
Jacksonville, Florida 32217
Tel.: (904) 737-5930
Fax: (904) 737-5966
E-Mail: keith-j@comcast.net
Florida Bar №.: 342939
Attorney for Defendant, Fred J. Chambers

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic transmission, CM/ECF, to:

>Benjamin L. Tompkins, Esquire
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 14198
>Ben Franklin Station
>Washington, D.C. 20044

and/or U.S. Mail to:

>James P. Chambers, Individually and as Co-Defendant
>4817 Deermoss Way South
>Jacksonville, Florida 32217
>
>James P. Chambers, as Co-Personal Representative
>4817 Deermoss Way South
>Jacksonville, Florida 32217
>
>Janette Mathers, as Co-Personal Representative
>8331 Vaulted Pine Drive
>Humble, Texas 77346
>
>Janette Mathers, Individually and as former Co-Defendant
>8331 Vaulted Pine Drive
>Humble, Texas 77346

this 14th day of October, 2013.

>/s/ Keith H. Johnson
>**KEITH H. JOHNSON**, Esquire