**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                           Case No. 3:09-cv-961-J-34JRK

FRED J. CHAMBERS and JAMES
PATRICK CHAMBERS,

      Defendants.
_____/

## O R D E R

1.    The Court finding that substitution is proper pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, Defendant's Amended Motion for Substitution of Party (Doc. No. 91), filed October 14, 2013, as supplemented (Doc. No. 92) and consented to by the parties to be substituted (Doc. Nos. 93, 94), is **GRANTED**.

2.    The Clerk shall substitute James P. Chambers and Janette Mathers, as Co-Personal Representatives of the Estate of Fred J. Chambers, for Defendant Fred J. Chambers.

**DONE AND ORDERED** at Jacksonville, Florida on October 21, 2013.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record

James P. Chambers
4817 Deermoss Way South
Jacksonville, Florida 32217

Janette Mathers
8331 Vaulted Pine Drive
Humble, Texas 77346