IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-cv-00961-MMH-JRK |
| ) | |
| JAMES P. CHAMBERS and ) | |
| JANETTE MATHERS, as Co- ) | |
| Personal Representatives of the ) | |
| Estate of Fred J. Chambers, et al, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR A CONTINUANCE OF THE PRETRIAL AND TRIAL DEADLINES BY NINETY DAYS**

The United States of America hereby moves for a continuance of the pretrial and trial deadlines contained in this Court's June 12, 2013 Order by ninety days so that this Court can decide the parties' pending summary judgment motions. [DE # 87.]

1. The United States filed this action to reduce to judgment the federal tax assessments (including penalties and interest) against Defendant Fred J. Chambers for the 1996 through 2001 and 2003 tax years and to foreclose its tax liens for those years on Chambers' interest in real property.

2. Between October 23, 2011 and November 14, 2011, the parties filed motions for summary judgment (DE ##s 60 and 62) and responses (DE ##s 64 and 65). These pending motions will either resolve or significantly narrow the issues for trial.

3. In April 2012, the parties moved for a continuance of the trial deadlines pending a decision on the summary judgment motion. [DE # 67.] The Court granted the motion, in part, to continue the deadlines but denied the request to continue them until the

10653847.1

Court could decide the parties' pending summary judgment motions. [DE # 68.] Separately, on February 3, 2012 and July 13, 2012, the Court sua sponte continued the deadlines due to the procedural posture of the case. [DE ## 66 & 73.]

4. Before this Court could decide the parties' summary judgment motions and weeks before the September 2012 pretrial and trial deadlines, in August 2012, Fred J. Chambers filed for bankruptcy which stayed the case. [DE # 76.] Fred Chambers died on January 7, 2013 and the bankruptcy court dismissed Mr. Chambers' bankruptcy on February 28, 2013. [DE ## 82 & 85.] This case was then reopened on June 12, 2013. [DE # 87; *see also* DE# 86 (United States' L.R. 3.01(h) Notice that the summary judgment motions had been pending more than 180 days).] On August 28, 2013, Chambers' Estate moved to substitute his co-personal representatives as the proper Defendant. [DE # 88.] After the Court denied this initial motion, Chambers' Estate filed a second motion to substitute, which the Court granted on October 21, 2013. [DE # 89.]

5. When the Court reopened the case, on June 12, 2013, it issued the following pretrial and trial deadlines:

(a) November 4, 2013 -- Motions in Limine Deadline[1];

(b) November 12, 2013 -- Joint Pretrial Statement Deadline;

(c) November 18, 2013 -- Final Pretrial Conference; and

(d) December 2, 2013 – Trial Term.

[DE # 87.]

6. Because the Court has not decided the parties' pending summary judgment motions and deciding these motions will either resolve or significantly narrow the issues

---

[1] The United States filed a motion in limine on July 9, 2012. [DE # 71.] Defendants have yet to respond.

2

10653847.1

for trial, the United States moves to continue these existing pretrial deadlines by 90 days. Granting this motion serves the interests of judicial economy. After the Court rules on the motions for summary judgment, the parties will know which, if any, facts and issues will be in dispute at trial. After resolution of these motions, the parties can promptly prepare a joint final pretrial statement that is tailored to the remaining relevant issues.  Continuing these deadlines will also preserve the parties' resources and avoid potentially unnecessary expenditures of time and money.

      7.      A ninety-day continuance of the pretrial and trial deadlines by ninety days would result in the following deadlines:

(a) February 3, 2014 -- Motions in Limine Deadline;

(b) February 11, 2014 -- Joint Pretrial Statement Deadline;

(c) February 17, 2014 -- Final Pretrial Conference; and

(d) March 3, 2014 – Trial Term.[2]

Wherefore, based upon a showing of good cause and for the reasons described above, the United States moves for a continuance of the existing pretrial and trial deadlines by ninety (90) days.

## **CERTIFICATION**

Counsel for the United States has conferred with opposing counsel who has indicated that the Defendants do not object to this motion.  As indicated in footnote 1, counsel for the Defendants requests that any continued deadlines not fall while he is out on vacation from February 21 until March 3, 2014.

---

[2] Keith Johnson, counsel for the Defendants, indicated that he will be on vacation from February 21, 2014 until March 3, 2014.  As a result, while recognizing that the Court is unlikely to provide a date certain, Mr. Johnson requests a trial date in mid-March.

3

10653847.1

Date: October 23, 2013

                                KATHRYN KENEALLY
                                Assistant Attorney General
                                Tax Division
                                /s/ Benjamin L. Tompkins
                                BENJAMIN L. TOMPKINS
                                Trial Attorney, Tax Division
                                D.C. Bar No. 474906
                                U.S. Department of Justice
                                Post Office Box 14198
                                Ben Franklin Station
                                Washington, D.C. 20044
                                Telephone: (202) 514-5885
                                Facsimile: (202) 514-9868
                                benjamin.l.tompkins@usdoj.gov

                                Of Counsel: A. Lee Bentley, III
                                          Acting United States Attorney

10653847.1

## **CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing Motion for a Continuance of the Pretrial and Trial Deadlines by Ninety Days was filed with the Clerk of Court this 23rd of October, 2013, through the Court's CM/ECF system which will automatically serve a notice of this filing upon the attorneys of record.

                                        s/Benjamin L. Tompkins
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice

10653847.1